UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HAROLD EDMUND STONIER,<br><br>           Petitioner,<br><br>    v.<br><br>LINDA SANDERS, Warden,<br><br>           Respondent. | NO. CV 11-00376 GW (SS)<br><br>**ORDER ADOPTING FINDINGS,**<br>**CONCLUSIONS, AND RECOMMENDATIONS OF**<br>**UNITED STATES MAGISTRATE JUDGE** |

    Pursuant to 28 U.S.C. § 636, the Court has reviewed the Second Amended Petition, all of the records and files herein, and the Magistrate Judge's Report and Recommendation. The time for filing Objections to the Report and Recommendation has passed and no Objections have been received. Accordingly, the Court accepts and adopts the findings, conclusions and recommendations of the Magistrate Judge.

\\
\\
\\
\\
\\

1     **IT IS ORDERED** that Judgment shall be entered dismissing this action
2 without prejudice.

4     **IT IS FURTHER ORDERED** that the Clerk serve copies of this Order and
5 the Judgment herein on Petitioner.

7     **LET JUDGMENT BE ENTERED ACCORDINGLY.**

9 DATED: September 30, 2011

                                              /s/ George H. Wu
                                              GEORGE H. WU
                                              UNITED STATES DISTRICT JUDGE