1

2

3

4

5

6

7

8                        UNITED STATES DISTRICT COURT

9                        CENTRAL DISTRICT OF CALIFORNIA

10

11  HAROLD EDMUND STONIER,          )    NO. CV 11-00376 GW (SS)
                                    )
12                 Petitioner,      )
                                    )
13            v.                    )         JUDGMENT
                                    )
14  LINDA SANDERS, Warden,          )
                                    )
15                 Respondent.      )
                                    )
16  _____ )

17

18        Pursuant to the Court's Order Adopting Findings, Conclusions and

19  Recommendations of United States Magistrate Judge,

20

21        IT IS HEREBY ADJUDGED that the above-captioned action is dismissed

22  without prejudice.

23

24  DATED: September 30, 2011

25

26                                   _____
                                     GEORGE H. WU
27                                   UNITED STATES DISTRICT JUDGE

28