1

2

3

4

5

6

7

8                    **UNITED STATES DISTRICT COURT**

9                    **CENTRAL DISTRICT OF CALIFORNIA**

10

11   HAROLD EDMUND STONIER,            )      NO. CV 11-00376 GW (SS)
                                       )
12                    Petitioner,      )
                                       )
13            v.                       )           **JUDGMENT**
                                       )
14   LINDA SANDERS, Warden,            )
                                       )
15                    Respondent.      )
                                       )
16   _____  )

17

18        Pursuant to the Court's Order Adopting Findings, Conclusions and

19   Recommendations of United States Magistrate Judge,

20

21        IT IS HEREBY ADJUDGED that the above-captioned action is dismissed

22   without prejudice.

23

24   DATED: September 30, 2011

25                                    _____
                                      George H. Wu
26                                    GEORGE H. WU
                                      UNITED STATES DISTRICT JUDGE

27

28